IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :      CRIMINAL ACTION
                              :
          v.                  :
                              :
STEVEN ALLEN SCHWARTZ         :      NO. 04-231

ORDER

AND NOW, this 19th day of January, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of petitioner "for production of certain filings exhibits and transcripts" (Doc. #101) is GRANTED to the extent that he seeks:  (a) the pro se motion to dismiss the indictment (Doc. #47); (b) the request for general instructions and general information on voir dire (Doc. #46); (c) the response of defendant to the government's motion to consolidate (Doc. #16); and (d) copies of the government's trial exhibits.  The Deputy Clerk shall mail copies of the above documents to petitioner within ten days of this Order; and

(2)  the motion is otherwise DENIED.

BY THE COURT:

_____ J.