```
                IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA        :       CRIMINAL ACTION
                                :
           v.                   :
                                :
STEVEN ALLEN SCHWARTZ           :       NO. 04-231


                             ORDER


          AND NOW, this 15th day of May, 2012, for the reasons

set forth in the accompanying Memorandum, it is hereby ORDERED

that:

          (1)  the motion of defendant Steven Schwartz to vacate,

set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc.

#84) is DENIED; and

          (2)  no certificate of appealability is issued.

                              BY THE COURT:



                              /s/ Harvey Bartle III
                                                        J.
```